SANITAS SERVICE CORPORATION ET AL. *v.* JESSE FRITZ

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided June 6, 1978

SUSAN SMAIL *v.* BRIAN SMAIL

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court of the judicial district of Waterbury with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided June 6, 1978

EDWARD TRAVIS ET AL. *v.* DONALD O. ST. JOHN

The plaintiffs' motion requesting his motion to dismiss be reentitled "Motion for Judgment by Default" in the appeal from the Superior Court in Fairfield County at Stamford is granted by the court.

*Arthur B. Harris,* in support of the motion.